IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 4:06-cv-00327-MP-WCS

ENVISION CREDIT UNION
ACCOUNTS # 100262,

    Defendant.

_____/

    This matter is before the Court on Doc. 8, Notice of Voluntary Dismissal, filed by the Plaintiff.  Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, a plaintiff may dismiss an action without order of court by filing such notice of dismissal any time before service by the adverse party of an answer or motion for summary judgment.  Because the Defendant has not filed an answer or motion for summary judgment, the Plaintiff may dismiss this action as of right.  Therefore, the Clerk is directed to close this case.

    **DONE AND ORDERED** this  _5th_ day of September, 2006

                                          *s/Maurice M. Paul*

                                    Maurice M. Paul, Senior District Judge